## DECLARATION

I am a Task Force Officer with the Drug Enforcement Administration and the agent assigned responsibility of this case. I have read the contents of the foregoing Verified Complaint for Forfeiture In Rem and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of June, 2024.

_____
Nicholas Nimeskern
Task Force Officer
Drug Enforcement Administration